UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMMIE HALL,

-vs-

CAPITAL ONE BANK (USA) N.A. and
PORTFOLIO RECOVERY ASSOCIATES,
LLC,

                                  CASE NO.:  8:18-CV-01586-JSM-TGW

_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, Sammie Hall, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                  Respectfully submitted,

                                  */s/ Shaughn C. Hill*
                                  Shaughn C. Hill, Esq.
                                  Morgan & Morgan, Tampa, P.A.
                                  One Tampa City Center
                                  201 N. Franklin Street, 7th Floor
                                  Tampa, FL 33602
                                  Tele:  (813) 223-5505
                                  Fax:  (813) 223-5402
                                  shill@forthepeople.com
                                  Florida Bar No.:  105998
                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

/s/ *Shaughn C. Hill*
SHAUGHN C. HILL, ESQ.
Florida Bar No.: 105998