**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAMMIE HALL,

   Plaintiff,                                                                CASE NO.: 8:18-CV-01586-JSM-TGW

-vs-

CAPITAL ONE BANK (USA) N.A. and
PORTFOLIO RECOVERY ASSOCIATES,
LLC,

   Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiff, Sammie Hall, and the Defendants, Portfolio Recovery Associates, LLC and Capital One Bank (USA), N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of October, 2018.

| | |
|---|---|
| */s/ Shaughn C. Hill* | */s/Megan P. Stephens* |
| Shaughn C. Hill, Esq. | Megan P. Stephens (FL Bar No. 0092557) |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 420 N. 20th Street, Suite 3400 |
| Tampa, FL 33602 | Birmingham, AL 35203 |
| Tele: (813) 223-5505 | Tele: (205) 251-3000 |
| Fax: (813) 223-5402 | Fax: (205) 714-6893 |
| shill@forthepeople.com | mstephens@burr.com |
| Florida Bar#: 105998 | |
| | *Attorney for Defendant Capital One Bank* |
| *Attorney for Plaintiff* | *(USA), N.A.* |

32441594 v1

*/s/Sundeep S. Sidhu*
Sundeep S. Sidhu
Florida Bar No.: 99651
PRA Group, Inc. 130 Corporate Boulevard
Norfolk, VA 23502
Telephone: (757) 431-7942
sunny.sidhu@pragroup.com

*Attorney for Defendant Portfolio Recovery Associates, LLC*

32441594 v1